IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TIMOTHY RAYSHUN STEVENSON** | DOCKET NO. 1:26-CR- 1-MR-WCM<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 922(g)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about July 25, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Taurus, model GX2, 9mm Luger, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about August 11, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Taurus International, model TCP, 380 ACP, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT THREE

On or about August 11, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

did knowingly and intentionally distribute a controlled substance, that being a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Cocaine Involved

The offense charged in Count Three involved cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

### Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(C) and 851

Before the defendant, **TIMOTHY RAYSHUN STEVENSON,** committed the offense as charged in Count Three, he had a final conviction for a felony drug offense, namely, sell/deliver methamphetamine, a schedule II controlled substance, in violation of Chapter 90, Section 95 of the North Carolina General Statutes, for which he served more than 12 months of imprisonment.

## COUNT FOUR

On or about August 14, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Grendel Inc., model P12, .380 Special, semiautomatic pistol and an American Tactical Inc., model Omni Hybrid, 300 Blackout, rifle, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

On or about August 20, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Charter Arms, model Off Duty, .38 Special revolver and a Smith &Wesson, model SD9, 9mm Luger, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

On or about August 20, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

did knowingly and intentionally distribute a controlled substance, that being a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Cocaine Involved

The offense charged in Count Six involved cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

### Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(C) and 851

Before the defendant, **TIMOTHY RAYSHUN STEVENSON,** committed the offense as charged in Count Six, he had a final conviction for a felony drug offense, namely, sell/deliver methamphetamine, a schedule II controlled substance, in violation of Chapter 90, Section 95 of the North Carolina General Statutes, for which he served more than 12 months of imprisonment.

3

## COUNT SEVEN

On or about August 26, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Taurus, model G2C, 9mm Luger, semiautomatic pistol and a Glock Gmbh, model 41Gen4, 45 ACP, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT

On or about November 4, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Smith & Wesson, model SD40VE, 40 S&W, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

On or about November 4, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

did knowingly and intentionally distribute a controlled substance, which violation involved: (i) a mixture and substance containing a detectable amount of cocaine and (ii) a mixture and substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

4

### Quantity of Cocaine Involved

The offense charged in Count Nine involved cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

### Quantity of Methamphetamine Involved

The offense charged in Count Nine involved methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

### Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(C) and 851

Before the defendant, **TIMOTHY RAYSHUN STEVENSON,** committed the offense as charged in Count Nine, he had a final conviction for a felony drug offense, namely, sell/deliver methamphetamine, a schedule II controlled substance, in violation of Chapter 90, Section 95 of the North Carolina General Statutes, for which he served more than 12 months of imprisonment.

### COUNT TEN

On or about November 12, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a BUL Transmark Ltd, model Axe C Cleaver, semiautomatic pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

On or about November 12, 2025, in Cleveland County, within the Western District of North Carolina, and elsewhere, the defendant,

**TIMOTHY RAYSHUN STEVENSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved: (i) a mixture and substance containing a detectable amount of cocaine and (ii) a mixture and substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Cocaine Involved

The offense charged in Count Eleven involved cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

### Quantity of Methamphetamine Involved

The offense charged in Count Eleven involved methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(C) and 851**

Before the defendant, **TIMOTHY RAYSHUN STEVENSON,** committed the offense as charged in Count Eleven, he had a final conviction for a felony drug offense, namely, sell/deliver methamphetamine, a schedule II controlled substance, in violation of Chapter 90, Section 95 of the North Carolina General Statutes, for which he served more than 12 months of imprisonment.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. a Taurus, model GX2, 9mm Luger, semiautomatic pistol purchased from Timothy Rayshun Stevenson on July 25, 2025, during the investigation.

2. a Taurus International, model TCP, 380 ACP, semiautomatic pistol purchased from Timothy Rayshun Stevenson on August 11, 2025, during the investigation.

3. a Grendel Inc., model P12,.380 Special, semiautomatic pistol, an American Tactical Inc., model Omni Hybrid, 300 Blackout, rifle, and ammunition purchased from Timothy Rayshun Stevenson on August 14, 2025, during the investigation.

4. a Charter Arms, model Off Duty, .38 Special revolver, a Smith &Wesson, model SD9, 9mm Luger semiautomatic pistol, and ammunition purchased from Timothy Rayshun Stevenson on August 20, 2025, during the investigation.

5. a Taurus, model G2C, 9mm Luger, semiautomatic pistol, a Glock Gmbh, model 41Gen4, chambered 45 ACP, semiautomatic pistol, and ammunition purchased from Timothy Rayshun Stevenson on August 26, 2025, during the investigation.

6. a Smith & Wesson, model SD40VE, 40 S&W, semiautomatic pistol and ammunition purchased from Timothy Rayshun Stevenson on November 4, 2025, during the investigation.

7. a BUL Transmark Ltd, model Axe C Cleaver, semiautomatic pistol and ammunition seized from the search of 704 N. Lafayette Street, Apartment 8, Shelby, North Carolina on November 12, 2025, during the investigation.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY